UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
**F I L E D**
OCT 2 9 2020
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

---------------------------------------------------X

GERALD MCDONALD, *pro se Plaintiff*

    - against-

ADRIANA MOLINA

STAMFORD POLICE DEPARTMENT

COURT SUPPORT SERVICES DIVISION

STATE OF CONNECTICUT

JEANNIE CALCANO PEARE

SETH PEARE

GLADYS CALCANO

JANE DOE (s)

    *Defendants.*

**CIVIL COMPLAINT**

5:20-CV - 1341

( GLS | TWD )

---------------------------------------------------X

Gerald McDonald, Plaintiff, *pro se,* complains of Stamford Police Officer
Adriana Molina, Stamford Police Department, Court Support Services
Division ( State of Connecticut), Jeannie Calcano Peare, Seth Peare and
Gladys Calcano, collectively " Defendants", and hereby alleges:

<u>Background</u>

1. In or around 2011, under false pretense, Defendants obtained a Domestic
Protective Order against the Plaintiff.

2. In 2011, under questionable circumstances, Defendants accused Plaintiff
of criminal violation of protective order. Plaintiff was incarcerated in

1

Connecticut State Prison, without due process and without trial for almost a year. To avoid the continuance of apparently endless incarceration, Plaintiff under an ineffective prejudiced public defender, was forced to accept "Alford Plea", with a 50 year Protection Order against one of the Defendants, Jeannie Calcano Peare. (known as Jeannie Calcano McDonald, at that time.)

3. Around 2017, Plaintiff was again falsely and maliciously accused of criminal violation of order of protection, imprisoned and suffered damages.

## I. JURISDICTION

4. This action is brought pursuant to the General Statutes of Connecticut, Laws of the State of New York and 42 U.S.C. Section 1983 to redress the deprivation under the color of law of Plainitiff's rights as secured by the United States Constitution. This court has jurisdiction under 28 U.S.C. § 1331, 1367, 1343 (3), § 1346(b), 42 U.S.C. §1983 , 28 U.S.C. §§2201 and 2202.

Plaintiff further invokes the supplemental jurisdiction of this Court under 28 U.S.C. § 1367(a) to hear and adjudicate state law claims. Plaintiff also seeks declaratory relief pursuant to 28 U.S.C. § 2201 and § 2202.

## II. VENUE

5. Venue is proper pursuant to 28 U.S.C. § 1391 and § 1402(b)

## III. PARTIES

6. Plainitff is a resident of the State of New York

7. Defendant Jeannie Calcano Peare is a resident of the State of

Connecticut.

8. Defendant Seth Peare is a resident of the State of Connecticut.

9. Defendant Gladys Calcano is a resident of the State of Connecticut.

10. Adriana Molina is police officer in the Stamford Police Department.

11. Stamford Police Department is a municpal entity that employs the Defendant Adriana Molina

12. Court Support Services Division is a municpal entity, that recomends issues regarding Protection Order.

13. State of Connecticut is municipality that employs the Defendant Court Support Services Division,

14. Defendants are sued in their individual capacities and their official capacities, and the Defendants acted in violation of the State laws, federal laws and/or acted under color of law and in scope of their employment in engaging in the actions alleged in this Complaint.

**IV.**                    <u>FACTUAL ALLEGATIONS</u>

15. In Order of Protection, dated 1/17/2012, all the Terms and Conditions specified are: ( Exhibit A)

- " (plaintiff) surrender or transfer all firearms."

- "(plaintiff) not assault, threaten, abuse, harass, follow, interfere with, or stalk the protected person"

- " (plaintiff) stay away from the home of the protected person and

3

whenever the protected person shall reside"

- " (plaintiff) not contact the protected person in any manner, including by written, electronic or telephone contact and do not contact the protected person's home, workplace or others with whom the contact would be likely to cause annoyance or alarm to the protected person."

- "  (plaintiff) stay 100 yards away from the protected person."

16. Mail(s) addressed to Plaintiff, directed to address where once Plaintiff lived is not in violation of Terms and Conditions of the Order of Protection.

17. Defendants had a DUTY to and must inform the United States Postal Services to forward/or "Return to Sender" any mail addressed to the Plainitff. Defendants failed to do so. Plaintiff was and is still unable to make that request to United States Postal Sevice (USPS), because USPS will send a mail to Plaintiff to that address for confirmation and Defendants will again falsely accuse Plaintiff of violating Order of Protection. Plantiff even filed a motion in the Court for permission to contact USPS for change of address. Defendants did not consent and motion was denied.

18. Defendants had a DUTY under federal law, to not tamper or open mail that did not belong to Defendants or not addressed to Defendants. But the Defendants admitted to opening/tampering mails that were addressed to the Plainitff.

19. (Exhibit B) Not only did Defendants under violation of Federal Law,

open/tamper with the Plaintiff's mail, but also without any valid law or fact, and just to harass and harm the Plaintiff, applied for an arrest warrant for the Plaintiff, and in sworn affidavit statment supporting the arrest warrant, Defendants maliciously and knowingly and intentionally made statements in that said warrant, that the Defendants 1) knew were false and/or (2) would have known were false had the Defendants not recklessly disregarded the truth. And these false statements were material or necessary to the finding of the probable cause.

20. Around 2016, allegedly, 2 or 3 mail(s) from Toll/parking violation or receipt from Toll payments, that were ADDRESSED TO PLANTIFF, and NOT from or NOT mailed by Plaintiff, where allegedly received by the "protected" Defendant, at the house that once Plainitff and "protected" Defendant shared. According to Defendants, that was Plaintiff violating the Order of Protection and / or as stated in the arrest warrant affidavit, Plainitff was "possibly" violating the Order of Protection and therefore need to be arrested, even before any "investigation" that was started needed to be completed.

21. Original Order of Protection, dated 2011, was part of the "Alford Plea" and it was "modified" in 2017 ( Exhibit C), after Plaintiff's arrest and incarceration, to include Defendants Seth Peare and Gladys Calcano as protected persons.

22. On the 4th of July 2017 Independence Holiday, Plaintiff was arrested in New York State, while crossing the International border from Canada, while being on vacation from work at Hawaii. Plaintiff had a well paying job in

Hawaii.

23. It took Police officers from Defendant Stamford Police Department almost 2 weeks to have the Plaintiff transported to Stamford Court for arraignment. Two weeks delay,with malice and just to harass and harm the Plaintiff. For 2 weeks, on advice of Stamford Police Department, Plainiff was held in Jail without bail, even though the Judge in Stamford had granted bail to Defendant around the time of issuance of arrest warrant. Not mentioned in any offical court documents that is in custody of the Plaintiff but Defendant Adriana Molina, personally come to upstate New York to transport Plaintiff, for arraignment, to Stamford Connecticut.

24. After almost one and half year later and after many motions and appeal at Connecticut Appellate Court, prosecutors made a formal notice of abandonment of case against the Plaintiff, and "nolle prosequi" was entered on October 18, 2018.

25. The case numbers in Stamford Court are:
SOIS - CR- 11- 0174085S
SOIS - CR- 17- 0191739S

26. The case number for Appeal in Connecticut Appellate Court:
AC41713; SOIS - CR- 17- 0191739S

27. All of the Defendants, while acting individually or jointly or in conspiracy, as well as under the color of law and within the scope of their employment, deprived Plainiff of federal constitutional rights and State rights.

28. Officer Adriana Molina of Stamford Police Department knowingly and

6

recklessly made false statements in her affidavit or omitted material information that is clearly critical to the probable cause determination.

29. By simply reading the Order of Protection ( Exhibit A) any objectively reasonable person or a competent police officer would agree that Plaintiff did not violate the Order of Protection and that there was no probable cause for arrest or arrest warrant.

30. Defendant Jeannie Calcano Peare and Officer Adriana Molina and an employee of Court Support Services Division that is relevant to Order of Protection in Plaintiff's cases are all of the same Hispanic heritage. Additionally, there is evidence that Defendant Jeannie Calcano Peare had acquaintance or friendship with high ranking officers in Stamford Police Department.

31. Defendants acted without probable cause, with malice and with primarily for a purpose of harassing and causing harm to the Plaintiff. Defendant Jeannie Calcano Peare and Plaintiff were once married, and Defendant Jeannie Calcano sought and obtained divorce while Plaintiff was incarcerated in 2011 and shortly thereafter Defendant Jeannie Calcano Peare married Defendant Seth Peare.

32. There is no objective reason or justification for including in 2017 Defendants Seth Peare and Gladys Calcano ( Jeannie Calcano's mother) to the original 2011 Order of Protection, that is effective until 2062. This was done clearly with malice towards Plaintiff and primarily to harm and  harass Plaintiff for the next Forty years. ( 40 Years )

33. Defendant(s) failed to make a complete and full statement of facts to the District Attorney or misrepresented or falsified evidence or withheld evidence or otherwise acted in bad faith,

7

34. Due to Defendants' malice and actions, Plaintiff was also initially charged for Count Two "Disorderly Conduct" alleged to have occured on 12/20/2016, (Exhibit D), when in fact, Plainitff was never in Connecticut at that time.

35. Plaintiff's rights were violated and suffered financial damages, as well as severe emotional distress and anguish as result of Defendants' actions.

36. The terms of Plaintiff's release pending trial, recognizance that Plaintiff signed in lieu of bail and the various court appearance that the Plainitff was required to make duirng almost a year and a half between the arraignment and the time that the action against Plainitff was ultimately terminated in his favor, amounted to a deprivation of liberty, severe financial loss, loss of work, loss of social relationships, and emotional distress, as the Plaintiff was living and working in Hawaii before the arrest, and Plaintiff was unable and prevented to resume the work and life back in Hawaii. Plaintiff has physical ailments and was having traditional treatment in Hawaii. Defendants action has caused the Plaintiff to discontinue treatment, thereby deteriorating Plaintiff's health and causing permanent physical damage and exteme physical pain.

37. For almost a year and a half, due to Defendants' malice and actions, Plaintiff was subject to limitations on liberty due to pretrial detention, surrender the Passport, restrictions placed on travel and was forced to travel thousands of miles in total,  from upstate New York State to Stamford Connecticut to attend multiple Court proceedings under penalty of detention.

38. Defendants's actions were not only malicious and intentional but also truly extreme and outrageous to have the Plaintiff arrested, incarcerated,

8

liberty restricted and life destroyed for no reason and for two unknown persons to have order of protection against Plaintiff for next forty years, and for those persons to have the power for next forty years to again falsely accuse Plaintiff of violating the Order of Protection and have Plaintiff arrested and incarcerated. Any reasonable person would agree that Defendants' actions are truly extreme and outrageous.

39. The employee(s) (JANE DOE/s) of Court Support Services Division false oral or written statement were also the basis for harms inflicted upon the Plaintiff. Defendants, individually or in conspiracy with each other, initiated or instigated and continued the negligent and /or malcious criminial proceeding against the Plaintiff.

40. Defendants's misconduct described above was undertaken will malice, willfullness and reckless indifference to the rights of Plaintiff and is truly extreme and outrageous and has harmed and continue to harm the Plaintiff.

Plaintiff's career as an educator, performer, actor, musician and elder in the closely knit Native American Tribe, has been destroyed by the actions of the Defendant Jeannie Calcano Peare. Plaintiff was a sought-after speaker on Native American topics in USA, Canada and Europe. Not anymore after the Defendants' actions. Plaitiff has been sufferring damages for the last full decade, as a consequences of Defendants' action. Plaintiff's good reputation has been defamed and destroyed by the Defendants.

Plainttiff has evidence to prove that , Defendant Jeannie Calcano Peare, has been in contact with Plaintiff's (not mutual) family and friends in Native American Reservations and Europe for last ten years to make malicious efforts to destroy Plaintiff's life and career, and did destroy Plaintiff's life

and career. Plaintiff has immediate and extended family in First Nations in Canada, and having the Order of Protection has caused numerous hinderance during travel to and from Canada or any international travel. Plaintiff has essentially been deprived of career, family and social relationships and these hardships and damages are set to continue for another 40 years unless this Honorable Court intervenes and provides the requested reliefs and provides restituttion for the damages done  by the Defendants and mitigates future damages.

## V.  CLAIMS FOR RELEIF

Plaintiff re-alleges and incorporates by reference all of the paragraphs above in the following claims for relief:

### FIRST CLAIM FOR RELIEF

### 42 U.S.C. §1983;  Under the 4th Amendment and 5th Amendment

### MALICIOUS PROSECUTION

The actions of the Defendants violated Plaintiff's right to be free from malicious prosecution under the fourt and fifth amendments of the United States Constitution. The Defendants individually and in their official capacities, under the color of law instigated or initiated prosecution by intentionally filing false affidavit(s), and did so without probable cause and acted with malicious and reckless disregard and improper motives and purposes. But for the Defendant's actions, the false malicious prosecution against Plaintiff would not have initiated. The case against the Plaintiff was terminated in Plaintiff's favor.

## SECOND CLAIM FOR RELIEF

**42 U.S.C. §1983; Under the 4th Amendment.**

FALSE ARREST, SEIZURE AND IMPRISONMENT CLAIM

Plaintiff's constitutional rights and civil rights were violated by Defendants who were acting under the color of law, in their individual capacities, by their willfull action, inaction, or deliberte indifference, with maliciousness and reckless disregard, intending to confine the plaintiff without the plaintiff's consent and without authority of law of probable cause, and Defendants actions including and not limited to sworn false statments, caused Plaintiff's unlawful arrest and confinement in Jail, causing needless physical and emotional pain and distress among other needless permanent irreparable damages.

## THIRD CLAIM FOR RELIEF

### 42 U.S.C. §1983

NEGLIGENCE AND GROSS NEGLIGENCE

The above civil rights were violated by the Defendants who were acting under the color of law, in their individual capacities, by their action, inaction, or deliberte indifference. As a result by the defendant's violation of the above civil rights, Plaintiff was harmed and damaged permanently and irreparablely

## FOURTH CLAIM FOR RELIEF

**42 U.S.C. §1983; Under the 4th Amendment**

## PHYSICAL PAIN AND SUFFERING

The above civil rights were violated by the Defendants who were acting under the color of law, in their individual capacities, by their action, inaction, or deliberte indifference. As a result by the defendant's violation of the above civil rights, Plaintiff was harmed in the following way:

Plaintiff was caused to endure and is enduring, suffering needless physical and emotional pain.

## FIFTH CLAIM FOR RELIEF

**42 U.S.C. §1983; Under the 4th Amendment**

## INTENTIONAL INFLICTION OF ONGOING EMOTIONAL DISTRESS

The above civil rights were violated by the who were acting under the color of law, in their individual capacities, by their action, inaction, or deliberte indifference.

## SIXTH CLAIM FOR RELIEF

## STATE LAW CLAIM

## NEGLIGENCE , GROSS NEGLIGENCE, MALICIOUS PROSECUTION, FALSE ARREST, FALSE IMPRISONMENT, NEGLIGENT INFLICTION OF PHYSCIAL PAIN AND EMOTIONAL DISTRESS AND ECONOMIC DAMAGES, INTENTIONAL INFLICTION OF PHYSICAL PAIN, EMOTIONAL DISTESS, ECONOMIC DAMAGES, AND DEFAMATION

Defendants acted or failed to act and thereby violated Plaintiff's rights and violated the duty owed to Plaintiff under federal and State laws and caused

harm and injuries to the Plaintiff.

## SEVENTH CLAIM FOR RELIEF

### DECLARATORY AND INJUNCTIVE RELIEF

In State v. Andrews, 253 Conn. 497 - Conn: Supreme Court 2000, the Court has ruled that "trial court cannot modify a plea bargain in a manner detrimental to the Defendant without affording him an opportunity to withdraw his plea". Here in Plaintiff's case, the original Order of Protection, which was part of the Alford Plea in 2011/2012, was modified in 2017, to the the detriment of Plaintiff and without affording Plaintiff an oppurtunity to withdraw the plea.

Therefore Plaintiff requests that this Court null and void the Alford Plea and/ or in the alternate to declare the Order of Protection, issued in 2017 as null and viod.


## REQUEST FOR RELIEF

**WHEREFORE, Plaintiff prays for judgment against all Defendants as follows:**

### On All Causes of Action

**a) Compensatory and special damages as listed,**

**b) Costs of suit as necessarily incurred by Plaintiff,**

**c) Punitive damages where applicable**

**d) For such other relief the Court deems just and proper;**

For all causes of action: $10,000,000. (US$ 10 Million)

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Respectfully Submitted,

OCTOBER 13,2020

GERALD MCDONALD, *pro se Plaintiff*

P.O. BOX 326

ONONDAGA INDIAN NATION,

NEDROW, NY 13204

mcdonaldgerald007@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

GERALD MCDONALD, *pro se Plaintiff*

     - against-

ADRIANA MOLINA                                    PARTIES

STAMFORD POLICE DEPARTMENT

COURT SUPPORT SERVICES DIVISION

STATE OF CONNECTICUT

JEANNIE CALCANO PEARE

SETH PEARE

GLADYS CALCANO

JANE DOE (s)

     *Defendants.*

-----------------------------------------------------------X


1. Gerald McDonald, Plaintiff *pro se,* P.O. BOX 326
   ONONDAGA INDIAN NATION, NEDROW, NY 13204

2. Adriana Molina, Defendant, 725 Bedford St, Stamford, CT 06901

3. Stamford Police Department, Defendant, 725 Bedford St, Stamford, CT 06901

4, Court Support Services Division, Defendant, 123 Hoyt St, Stamford, CT 06905

5. State of Connecticut, Defendant, 450 Columbus Blvd tower suite 203, Hartford, CT 06103

1

6. Jeannie Calcano Peare, Defendant, 4 Shady Lane, Stamford, CT 06903

7. Gladys Calcano, Defendant, 4 Shady Lane, Stamford, CT 06903

8, Seth Peare, Defendant, 4 Shady Lane, Stamford, CT 06903

9. Jane Doe(s), Defendant, 123 Hoyt St, Stamford, CT 06905

# EXHIBIT  A

**ORDER OF PROTECTION**
JD-CL-099  Rev. 10/10
C.G.S. §§ 29-28, 29-32, 29-33, 29-36i, 29-36k, 46b-38c(d)(e),
46b-38nn, 53a-28(f), 53a-36, 53a-42, 53a-217, 53a-217c,
53a-223, 54-1k, 18 U.S.C. §§ 922(g)(9), 2265; PA 10-144

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

| | |
|---|---|
| ☐ Protective Order ☐ Family Violence | ☒ Criminal Case |
| ☐ Standing Criminal Protective Order | ☐ Other _____ |
| ☐ Restraining Order After Hearing | ☐ Ex Parte Restraining Order |

Superior Court _____

Case Number _____

☐ This order is sealed from the public    ☐ All information about the protected person is confidential
☐ The protected person's address information is not disclosable

## Protected Person

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| McDonald | Jeanne | | 11/31/19?? | F | White |

| Home address | | City | | State | Zip |
|---|---|---|---|---|---|
| _____ Lane | | Stamford | | CT | ___ |

| Mailing address | ☒ Same as above | City | | State | Zip |
|---|---|---|---|---|---|

| Work address | | City | | State | Zip |
|---|---|---|---|---|---|

## Respondent (Defendant)     Respondent Identifiers

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| | | | 7/_/19?? | M | White |

| Address | Height | Weight | Eyes | Hair | Phone |
|---|---|---|---|---|---|
| | ___ | 150 | | | 203-___-____ |

| City | State | Zip | Distinguishing features/other identifiers |
|---|---|---|---|
| | | | |

**Cautions/Weapons (If information is available):**
☐ Allegedly possesses one or more firearms
☐ Allegedly holds a permit to carry a pistol or revolver.
☐ Other: ___

**Relationship to protected person (Present or former)**
☐ Spouse or party to a civil union
☐ Protected person's parent
☐ Intimate cohabitant
☐ Parent of common child
☐ Other: ___

## Terms and Conditions of Protection

**You, the Respondent, must follow all the orders and conditions checked or indicated by "X" below:**

☒ Surrender or transfer all firearms.
☒ Do not assault, threaten, abuse, harass, follow, interfere with, or stalk the protected person. (CT01)
☒ Stay away from the home of the protected person and wherever the protected person shall reside. (CT03)
☒ Do not contact the protected person in any manner, including by written, electronic or telephone contact, and do not contact the protected person's home, workplace or others with whom the contact would be likely to cause annoyance or alarm to the protected person. (CT05)
☐ Other: _____

Additional terms and conditions are on the following pages:
☐ General Protection Order Notifications, JD-CL-098
☐ Additional Orders of Protection, JD-CL-100
☐ General Restraining Order Notifications (Family), JD-CL-104

| This order remains in effect until: | ☐ Further order of the court. | Expiration date (if applicable) __/__/__ |
|---|---|---|

☐ The court had jurisdiction over the parties and the subject matter, and the respondent was provided with reasonable notice and opportunity to be heard. This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. Section 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. Section 2262).

☒ State law provides penalties for possession of a firearm or electronic defense weapon (Conn. Gen. Stat. §§ 53a-217(a)(3) and 53a-217c(5)). Federal law also provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition while subject to a qualifying protection order and under the circumstances specified in 18 U.S.C. § 922(g)(8).

| By the Court | Name of Judge | Signed (Judge, Assistant Clerk) | Date signed __/__/__ |
|---|---|---|---|

EXHIBIT  B

| · **ARREST WARRANT APPLICATION** | **STATE OF CONNECTICUT** | *FOR COURT USE ONLY* |
|---|---|---|
| JD-CR-64  Rev. 7-96 · <br> C.G.S. § 54-2a <br> Pr. Bk. Sec. 593, 593A, 594 | **SUPERIOR COURT** | Supporting Affidavits Sealed <br> ☐ YES    ☐ NO |

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|
| GERALD MCDONALD, DOB/ 62 | STAMFORD | 01 |

**APPLICATION FOR ARREST WARRANT**     CASE NO. 1612120029

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the. . . .
☒ affidavit below . . .    ☐ affidavit(s) attached.

| DATE & SIGNATURE | DATE 1/3⅙/17 | SIGNED (Prosecutorial Official)  Danzel E. Cummings |
|---|---|---|

**AFFIDAVIT**

The undersigned, being duly sworn, deposes and says:

1. That the Affiant, **Officer Adriana Molina**, is a member of the Stamford Police Department, with police training and experience of more than 12 years' duration, during which time she has investigated numerous violations of the Connecticut General Statutes with resulting arrests and convictions. The facts and circumstances described herein are the result of the Affiant's own investigation and information received from other police officers, acting in their official capacity, who have reported their findings to the Affiant.

2. That on 12/12/2016 Affiant spoke to a female who reported receiving mail, addressed to her ex-husband, GERALD MCDONALD. That there is a full no contact protective order issued on 1/17/2012 and expires 1/17/2062. That pursuant to Connecticut General Statute 53-86d, the Victim's name will not be mentioned in this affidavit.

3. That the victim reported that GERALD'S mail was received at her home, 4 Shady Ln., Stamford Ct., 06903, on 12/14/2016. That receiving GERALD'S correspondence makes the Victim anxious and creates her concern.

4. That the Victim provided a copy of the mailed article, which was addressed to GERALD MCDONALD, 4 Shady Ln. Stamford, Ct 06903. The mail is an invoice for a car rental from Enterprise, indicating a toll violation of $9.45. The letter is dated 12/02/2016. The letter refers to the rental contract date of 11/9/2016. With an expiration date of 11/29/2016.

5. That on 12/12/2016 Affiant contacted Enterprise and spoke to a representative. The representative told Affiant that on 11/9/2016, GERALD MCDONALD signed an agreement and provided the address of, 4 Shady Ln., Stamford, Ct., 06903. The agreement indicated that GERALD provided Ct. License # 197668801 as ID.

6. That Affiant obtained a copy of GERALD'S driver's license, which indicated Ct license #, is 197668801 is assigned to GERALD. It appears that the most recent license update was on 7/20/2016.

**Page 1 of 3**

| DATE & SIGNATURE | DATE 1/30/17 | SIGNED (Affiant) |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 1/30/17 | SIGNED (Judge, Clerk, Comm. Sup. Ct. Notary Pub.) Sgt Wial ne vard |

**FINDING**

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE 2/1/17 | SIGNED (A Judge of the Superior Court) |
|---|---|---|

**ARREST WARRANT APPLICATION**
JD-CR-64  Rev. 7-96
C.G.S. § 54-2a
Pr. Bk. Sec. 593, 593A, 594

**STATE OF CONNECTICUT**

**SUPERIOR COURT**

| FOR COURT USE ONLY |
|---|
| Supporting Affidavits Sealed |
| ☐ YES    ☐ NO |

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|
| GERALD MCDONALD, DOB/____62 | STAMFORD | 01 |

**APPLICATION FOR ARREST WARRANT**          **CASE NO. 1612120029**

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the. . . .
☒ affidavit below . . .      ☐ affidavit(s) attached.

| DATE & SIGNATURE | DATE 1/31/17 | SIGNED (Prosecutorial Official) |
|---|---|---|

**AFFIDAVIT**

The undersigned, being duly sworn, deposes and says:

7. That on 9/4/2016 the victim reported to the Affiant that she received a voucher of a payout, from Iron Worker Local, for GERALD at her address.  Affiant contacted employer and was advised that the address was possibly obtained from old mailing records.  However, they would notify GERALD to update his address.  Therefore, no police action was taken.

8. That on 1/21/2017 the victim reported to the affiant that she received additional correspondence addressed to GERALD.  That the Victim provided Affiant with copies of the correspondence.  After viewing the correspondence, it appears that the pieces of mail are toll violations and rental violations notices.  The dates on the invoices stem from November 2016 through January 2017.

9. That Affiant confirmed a protective order which was issued on 1/17/2012 and expires 1/17/2062.  The stipulations are, surrender or transfer all firearms.  Does not assault, threaten abuse, harass, follow, interfere with, or stalk the protected person.  Stay away from the home of the protected person an wherever the protected person shall reside.  Do not contact eh protected person in any manner, including by written, electronic or telephone contact, and do not contact the protected person's home, workplace, or others with whom the contact would be likely to cause annoyance or alarm to the protected person.

10. That Affiant performed an internal police check on GERALD.  The check revealed that on 5/25/2011 GERALD was arrested for violating a restraining order.  That on 5/25/2011 GERALD came to the victim's home, without a police escort, to remove his belongings, violating the order.  The police were called and in an effort to elude the police GERALD ran into the woods, where he was eventually apprehended, arrested, and charged.

11. That Affiant performed an NCIC check on GERALD.  NCIC records indicate that GERALD is a convicted felon and has a criminal record in CT., NY., and California

**Page 2 of 3**

| DATE & SIGNATURE | DATE 1/30/17 | SIGNED (Affiant) |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 1/30/17 | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.) Sgt W...........  |

**FINDING**

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE 2/1/17 | SIGNED (A Judge of the Superior Court) |
|---|---|---|

**ARREST WARRANT APPLICATION**
JD-CR-64  Rev. 7-96
C.G.S. § 54-2a
Pr. Bk. Sec. 593, 593A, 594

**STATE OF CONNECTICUT**
SUPERIOR COURT

| FOR COURT USE ONLY |
| --- |
| Supporting Affidavits Sealed |
| ☐ YES      ☐ NO |

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT *(Town)* | G.A. NO. |
| --- | --- | --- |
| GERALD MCDONALD, DOB/▓▓-62 | STAMFORD | 01 |

### APPLICATION FOR ARREST WARRANT

**CASE NO. 1612120029**

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the. . . .
☒ affidavit below . . .      ☐ affidavit(s) attached.

| DATE & SIGNATURE | DATE 1/34/17 | SIGNED *(Prosecutorial Official)* |
| --- | --- | --- |

### AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

12. That based upon the aforementioned facts and circumstances, the Affiant believes that probable cause exists and requests that a warrant be issued for the arrest of **GERALD MCDONALD, DOB/07-23-62.**

13. That this Arrest Warrant Application has not been presented before any other judge or any other court.

**Page 3 of 3**

| DATE & SIGNATURE | DATE 1/3D/17 | SIGNED *(Affiant)* |
| --- | --- | --- |
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON *(Date)* 1/30/17 | SIGNED *(Judge, Clerk, Comm. Sup. Ct. Notary Pub.)* Sgt W... Brevard |

### FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE 2/1/17 | SIGNED *(A Judge of the Superior Court)* |
| --- | --- | --- |

Page 1 of 2

# INCIDENT REPORT
### Stamford Police Department

| | |
|---|---|
| REPORT NUMBER: 1612100029 | |
| ORI# CT0013500 | |
| REPORT DATE: 12/20/2016 | TIME:10:26 |
| DATE INCIDENT: 12/12/2011 | TIME: |
| DATE END: | TIME: |

## ADMIN

LOCATION:
4 Shady Ln Stamford` CT 06903-

BRIEF DESCRIPTION OF INCIDENT

METHOD OF OPERATION

OFFENSE TRACT

CASE STATUS

DISPOSITION
NOT CLEARED

EXCEPTIONAL CLEARANCE CODE

EXC CLEAR DATE

CLR DATE

## OFFENSE

[x] FAMILY VIOLENCE  [ ] GANG RELATED OFFENSE  [ ] ALCOHOL USE  [ ] DRUG USE  [ ] COMPUTER USE  [ ] COMPLETED  [ ] FORCED ENTRY

| STATUTE / UCR CODE | STATUTE DESCRIPTION | | COUNTS | F/M |
|---|---|---|---|---|

| MARITAL DIVORCED | DEGREE | OFFENSE LOCATION 4 Shady Ln | UNITS ENTERED | PREMISE TYPE |
|---|---|---|---|---|

LOCAL USE

CRIMINAL ACTIVITY /GANG INFO   1.   2.   3.

BIAS MOTIVATED CRIME

WEAPON /FORCE USED   1.   2.   3.

## OFFENSE

[ ] FAMILY VIOLENCE  [ ] GANG RELATED OFFENSE  [ ] ALCOHOL USE  [ ] DRUG USE  [ ] COMPUTER USE  [ ] COMPLETED  [ ] FORCED ENTRY

| STATUTE / UCR CODE | STATUTE DESCRIPTION | | COUNTS | F/M |
|---|---|---|---|---|

| MARITAL | DEGREE | OFFENSE LOCATION | UNITS ENTERED | PREMISE TYPE |
|---|---|---|---|---|

LOCAL USE

CRIMINAL ACTIVITY /GANG INFO   1.   2.   3.

BIAS MOTIVATED CRIME

WEAPON /FORCE USED   1.   2.   3.

## VICTIM

| NAME Calcano-Peare, Jeannie | HOME PHONE 203-329-9989 | EMAIL jeanniepeare@gmail.com |
|---|---|---|

| ADDRESS 4 Shady Ln Stamford CT 06903- | WORK PHONE | CELL 203-517-7914 |
|---|---|---|

| DOB | AGE | TO AGE | RACE | SEX | RESIDENT | ETHNICITY | SSN |
|---|---|---|---|---|---|---|---|

| EYE COLOR | HAIR COLOR | HEIGHT | WEIGHT | BUILD | SKIN TYPE | GLASSES [ ] |
|---|---|---|---|---|---|---|

| DLN | STATE | EMPLOYER | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|

SMTS

RELATED OFFENSES:  1.  2.  3.  4.  5.  6.  7.  8.  9.  10.

| VICTIM TYPE | AGG ASSAULT 1 | AGG ASSAULT 2 | JUST HOM CIRCUM |
|---|---|---|---|

VIC TO OFFENDER  1.  2.  3.  4.  5.  6.  7.  8.  9.  10.

INJURIES (UP TO FIVE)  [ ] NONE  [ ] MINOR  [ ] INTERNAL  [ ] TEETH  [ ] UNCONSCIOUS  [ ] LACERATIONS  [ ] BONES  [ ] OTHER

## SUSPECT

| NAME Mcdonald, Gerald | HOME PHONE | WORK PHONE |
|---|---|---|

| ADDRESS | CELL PHONE | EMAIL |
|---|---|---|

| DOB | AGE | TO AGE | RACE | SEX | RESIDENT | ETHNICITY | SSN |
|---|---|---|---|---|---|---|---|

| EYE COLOR | HAIR COLOR | HEIGHT | WEIGHT | BUILD | SKIN TYPE | GLASSES [ ] |
|---|---|---|---|---|---|---|

| DLN | STATE | EMPLOYER | EMPLOYER ADDRESS | EMPLOYER PHONE |
|---|---|---|---|---|

SMTS

RELATED OFFENSES:  1.  2.  3.  4.  5.  6.  7.  8.  9.  10.

| REPORTING OFFICER 21920    MOLINA ADRIANA M | SUPERVISOR 7683    KENNEDY JOSEPH |
|---|---|

| Page 2 of 2 | **ADDITIONAL NARRATIVE**<br>Stamford Police Department | REPORT NUMBER: 1612100029 |
|---|---|---|
| | | ORI# CT0013500 |

NARRATIVE TITLE
**90Z INVESTIGATION / OFFENSES (ALL OTHER) NARRATIVE**

That on 12/12/2016, I was contacted by a victim reporting that she had received a piece of mail, addressed to her ex husband, Gerald McDonald. This created concern because the victim has a "standing protective order" against McDonald. The order expires in 2062.

The victim provided me with a copy of the mail. Upon viewing the information, it appears that the mailing is an invoice for a rental from Enterprise, with a total due $9.45 for a toll violation. The contract date is 11/9/2016 with a closing of 11/29/2016. The address on the invoice is 4 Shady Ln, Stamford Ct., which is the victim's address. Therefore, possibly violating the standing protective order.

On 12/12/2016 I contacted Enterprise and spoke to a representative from 1 Minisipal Place Groton on the Hudson, where the car was rented. The representative advised me that the last time the a car was rented, prior to this date, was about seven years ago. That the address could have been obtained from the old rental information, which had the address of 4 Shady Ln. It should be noted that on 9/4/2016 the victim reported receiving a piece of mail addressed to McDonald. Through research it was determined that the piece of mail was from a requested disbursement from McDonald's employer. The address used was from old records. For details see copy of report # 1609040016.

On 12/20/2016, I spoke with Chris from Enterprise (914-271-0100). Chris stated he would email me a copy of the rental agreement. This information should help in determining if McDonald provided this address, hence, violating the order.

Investigation still pending.

| OFFICER ID/NAME | | DATE |
|---|---|---|
| 21920 | MOLINA ADRIANA M | 12/20/2016 15:26:00 |

Page _1_ of _1_

## SUPPLEMENT REPORT
Stamford Police Department

| REPORT NUMBER: 1612210029 |
| ORI# CT0013500 |
| SUPPLEMENT DATE: 01/02/2017    TIME: 10:00 |

**INCIDENT DESCRIPTION**
**13C INTIMIDATION NARRATIVE**

Supplement regarding incident on rental agreement

On 12/11/2016 a victim of domestic violence reported a possible protective order from her ex husband, GERALD MCDONALD. The violation consisted of the victim getting mail to her home which belonged to GERALD. The mailing was from Enterprise and it was pertaining to a toll violation.

On 12/30/2016 I contacted Enterprise and obtained a copy of the rental agreement. The rental agreement indicates that a Gerald McDonald rented a vehicle on 11/9/2016. The address on the agreement indicates 4 Shady Ln., Stamford Ct. 06903. It appears that the renter used a CT license ending with XXXXX8801 and signed the agreement.

MCDONALD was run for license information. NCIC revealed a CT license #197668801 for MCDONALD. In an effort to confirm MCDONALD signed the form and blow back with copy of signature was requested from the DMV.

Investigation still pending.

| SUPPLEMENT OFFICER | SUPERVISOR |
| 21920      MOLINA ADRIANA M | 7683      KENNEDY JOSEPH |



**GERALD MCDONALD**                                                                          12/02/2016
4 SHADY LN.
STAMFORD, CT 06903

Dear Enterprise Customer,
Thank you for choosing Enterprise for your car rental needs.

We appreciate your business and continue to look for ways to deliver the kind of service and products that bring customers like you back again.  At times, we also follow up with customers to help minimize confusion and facilitate timely payments even when additional charges are incurred.

For example, we recently were notified by a toll authority or another agency that your rental vehicle incurred a citation or toll during your rental period. As a result, and in order to help you avoid additional charges and/or penalties, we are immediately paying the Invoice Amount Due on your behalf.  However, in accordance with the terms of your rental agreement, you are responsible for all citations and toll charges incurred during your rental period.

In addition, as provided by your rental agreement we are assessing a fee, which is applied towards the costs of administering citations and tolls. We will be assessing these charges and the fee (plus applicable taxes and/or surcharges) to your credit card within seven days of this letter.

Please see below for more details:

| Invoice/Notice Information | | Contract Information | |
|---|---|---|---|
| Issuing Agency | : Regional Toll Authority | Renter Name | : MCDONALD* GERALD* |
| Invoice Number | : E49553217 | Renter Address | : 4 SHADY LN. |
| Date/Time of Occurrence | : 11/09/2016 @ 08:09 PM | | STAMFORD, CT 06903 |
| Location of Occurrence | : MTAB&T | Rental Agreement Number | : 6451K0 |
| Plate Number | : GZN8223 | Contract Open Dte/Time | : 11/09/2016 @ 12:31 PM |
| Plate State | : New York | Contract Close Dte/Time | : 11/29/2016 @ 06:03 PM |
| Invoice Amount Due | : $5.50 | Credit Card Number | : 2138 |
| Fee Due | : $3.95 | | |
| Invoice Type | : TOLL | | |



**Total Amount Due:$9.45**
Our goal is to handle these types of citations and toll charges as promptly and fairly as possible. If the invoice number above begins with the letter E and the issuing agency is "Regional Toll Authority", you may visit  www.htallc.com/tollpass to obtain detailed toll listings.  For all other inquiries or file an appeal, you may visit  www.htallc.com/ehi/faq.htm  or call 800-935-0112.

Again, we appreciate the opportunity to serve you.
Sincerely,
Customer Service Department



1 MUNICIPAL PLACE
CROTON ON HUDSON, NY 10520-2924

| | |
|---|---|
| Rental Agreement #: | 64S1K0 |
| Bill Ref #: | 7000-1759-7238 |
| Invoice Date: | |
| Account #: | 12/01/2016 |

### BILLING DETAIL

| Description | Qty/Per | Rate | Amount |
|---|---|---|---|
| TIME & DISTANCE | 1 DAY | 24.01 | 24.01 |
| DW | 21 DAY | 8.99 | 188.79 |
| ROADSIDE ASSISTANCE | 21 DAY | 4.99 | 104.79 |
| PAI | 21 DAY | 3.90 | 81.90 |
| | Subtotal | | 399.49 |
| CAR RENTAL SALES TAX | PCT | 11.00 | 14.16 |
| SALES TAX | PCT | 7.38 | 9.50 |
| **Total Charges  (USD)** | | | **423.15** |

#### BILL TO

GERALD MCDONALD
4 SHADY LN.
STAMFORD, CT - 06903

#### RENTAL INFORMATION

Date/Time Out
11/09/2016 12:31 PM

Date/Time In
11/29/2016 06:03 PM

Renter
MCDONALD, GERALD

#### RENTAL VEHICLES

| Color | License | Model | Unit | Miles/Kms Out | In |
|---|---|---|---|---|---|
| BLUE | GZN8223 | FIES | 7LC19K | 30,133 | 32,265 |

VIN:3FADP4BJXGM100985

#### CLAIM INFORMATION

Claim# / PO# / RO#          Insured

Date of Loss    Type of Loss    Type of Vehicle
JEEPGRAND

Repair Shop
TOTAL LOSS**

### PAYMENTS

| Payment | Visa | -150.00 |
|---|---|---|
| Payment | Visa | -50.00 |
| Payment | Visa | -23.15 |
| Payment | Visa | -100.00 |
| Payment | Visa | -100.00 |
| **Total Payments (USD)** | | **-423.15** |

**Amount Due (USD)**                    0.00

Individual line item charges such as rental rates for Time and Distance, percentage-based charges
(e.g., sales taxes, and fees or surcharges), and charges divided between multiple parties may be
rounded up or down a whole cent to ensure that the charges equal the actual Total Amount Due
and/or to avoid fractional cents.



### For Billing Inquiries / Payment Terms :

Tel#:9737092499

NYCYYARADMIN@ehi.com

Payment Due within  days of invoice date

Late payments are subject to a finance charge.

---

**Thank You For Choosing  Enterprise**

---

Please Return This Portion With Remittance

**Amount Due (USD)**          0

Remit To :
ENTERPRISE RENT-A-CAR
PO BOX 840154
KANSAS CITY, MO  64184-0154

Paid By :
GERALD MCDONALD
4 SHADY LN.
STAMFORD, CT  06903

| Fed Tax Id: 43-1487854 | Account # | Rental Agreement 64S1K0 | Amount 0 | GPBR 24CI |
|---|---|---|---|---|

 

THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
NOTICE OF PAYMENT DUE ON PARKING CITATIONS

The rental agency identifies you as the custodian of the vehicle when these
citations were issued.

| CITATION INFORMATION | PAYMENT INFORMATION |
|---|---|

| tion | Date of | Due | Vio | Amt | Amt with |
|---|---|---|---|---|---|
| ber | Violation | Date | Code | Due | Penalties |
| 7688 | 11/26/2016 | 12/26/2016 | 1 | PAST DUE-> | 45.00 |

MCDONALD GERALD                          PRINTED:01/16/
4 SHADY LN                               TAG:AFQT034
STAMFORD CT        06903-3714 CIT:19477688

$ AMOUNT DUE NOW  45.00

AL CITATIONS DUE:    1

AMOUNT DUE NOW  45.00              =

inquent citations may be reported to a
lection agency (F.S. 938.35)

· information call (305) 275-1133 (24 hours).

For information about citations not included in this notice
and for additional penalties assessed after  01/16/2017
call  (305) 275-1133  or  visit  us  on  the  Internet
www.miami-dadeclerk.com.

Detach this GREY portion and send with payment.

# IMPORTANT

of 01/16/2017 the amount of $  45.00 for   1  citation(s) is  due  to the Clerk's Office.
total amount due  may be paid by personal check, cashier's check, money order or by Visa or
terCard.  For additional penalties assessed after  01/16/2017  call (305) 275-1133 or visit us on
Internet at www.miami-dadeclerk.com.    TAG: AFQT034    FL

lure to comply with this notice may result in additional penalties, denial of your vehicle registration,
ance of a tow, impound and immobilization order against your vehicle and license tag, and referral of
: due penalties to a  collection/credit reporting agency, which will add 40% for collection costs.  Be
ised that the  Court may assess additional fines, not to exceed  $100.00 plus court costs,  when it is
rmined at a court hearing that a parking violation has been committed.

- - - - SEE BACK OF FORM FOR MORE INFORMATION, OR CALL (305) 275-1133 - - - -

*We've Made it Easier*
FOR CONVENIENT SERVICE, 24 HOURS A DAY, PAY WITH YOUR

VISA  VISA          AMERICAN EXPRESS          MASTERCARD

**By phone** ☎   or   **Internet** @ at
CALL (305) 275-1133              www.miami-dadeclerk.com

SEE REVERSE SIDE FOR OPT NAME INSTRUCTIONS

PRESORTED
FIRST CLASS M
U.S. POSTAG
PAID
MIAMI, FLA
PERMIT NO. 1

COUNTY COURT
NG VIOLATIONS BUREAU
1st STREET, 4th FLOOR
FL 33128-1847

417

FL

MCDONALD GERALD
4 SHADY LN
STAMFORD CT   06903-1714

LLX—SP1   06903

Hertz Processing Services
WWW.HERTZRENTALFINE.COM
1150 N. Alma School Road H-5
Mesa, AZ 85201
Reference ID: 13464956

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

<table>
<tr><td colspan="2">Notice of Credit Card Charge</td></tr>
<tr><td>Notice Number :</td><td>7011765206296</td></tr>
<tr><td>Due Date :</td><td>1/19/2017</td></tr>
<tr><td>Administrative Fee :</td><td>$30.00</td></tr>
<tr><td colspan="2">*Please note that this administrative fee is separate from the violation amount owed to the violation issuer</td></tr>
<tr><td>Balance Due :   $30.00</td><td>USD</td></tr>
</table>

## Notice of Administrative Fee for
## Rental Car Parking Violation

00761 1 MB 0.416 T 9 00-ATVLRC1D-1
GERALD MCDONALD
4 SHADY LN
STAMFORD CT 06903-1714

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

You recently rented a vehicle from The Hertz Corporation. During the term of your Rental Agreement, a parking violation was issued by Miami-Dade County relating to the rental car in your possession at that time. You are responsible for resolving the parking violation with Miami-Dade County and for paying an administrative fee to Hertz Processing Services. Specific information about the parking violation is provided below and can be viewed at WWW.HERTZRENTALFINE.COM

<table>
<tr><td>Rental Car Agency:</td><td>Hertz</td><td>Violation Number:</td><td>18477688</td></tr>
<tr><td>Rental Agreement Number:</td><td>575236454</td><td>Violation Type:</td><td>Parking Violation</td></tr>
<tr><td>Plate State and Number:</td><td>FL AFOT03</td><td>Violation Date and Time:</td><td>11/26/2016   8:20 PM</td></tr>
<tr><td>Rental Start Date:</td><td>11/26/2016  1:11 PM</td><td>Violation Issuer:</td><td>Miami-Dade County</td></tr>
<tr><td>Rental Return Date:</td><td>11/28/2016 12:00 PM</td><td></td><td>MIAMI,FL,33128</td></tr>
<tr><td>Violation Issuer Website:</td><td>http://www2.miami-dadeclerk.com/payra</td><td></td><td>(305) 275-1133 Ext 0</td></tr>
</table>

As provided in your Rental Agreement with Hertz, you are responsible for all charges, penalties, and fees related to parking violation incurred during your rental. The parking violation incurred during your rental was issued in the name of the registered owner of the vehicle, which in this case is Hertz. Hertz Processing Services notifies Miami-Dade County to replace Hertz's name with your name, as you were the renter assigned to the vehicle at the time the parking violation was issued. This process of substituting your name is known as a "transfer of liability" because the liability for the fine associated with the parking violation was transferred to you. The "transfer of liability" process in your case involves the following steps:

1  Hertz Processing Services receives notice of the unpaid parking violation from Miami-Dade County
2  Hertz Processing Services identifies you as the renter responsible for the parking violation.
3  Hertz Processing Services supplies Miami-Dade County with a legal document containing information about you in order to transfer liability for the parking violation to you.

As provided in your Rental Agreement, you are now liable for an administrative fee relating to that transfer of liability process. The Rental Agreement you signed specifically authorized the fee.  If you take no action, the credit card you used to pay for your rental, ending in 5951, will be charged for the administrative fee on 1/19/2017. The charge on your credit card statement will appear as Hertz Violation or American Traffic Solutions, Inc. Instructions for changing the payment method online, by phone, or by mail can be found below.

Because your name is now associated with the parking violation, it is your responsibility to resolve the parking violation with Miami-Dade County. This may involve submitting payment for the fine associated with the parking violation or filing a dispute. Please do not ignore your responsibility to resolve the parking violation with Miami-Dade County. The $30.00 administrative fee reflected on this notice is separate from the amount due to Miami-Dade County.

**Important Notice If You Timely Paid the Parking Violation :** If you received a paper parking ticket that was placed on the Hertz vehicle and you paid the violation issuer directly before the paper parking ticket original due date or obtained a dismissal, please contact us to claim a refund of the administrative fee using one of the methods outlined below.

**INSTRUCTIONS FOR CHANGING PAYMENT METHOD OR REQUESTING A REFUND**

ONLINE: Visit us at WWW.HERTZRENTALFINE.COM

BY PHONE: Please call toll free 877-977-5771 Monday - Friday between the hours of 8:00 am to 6:00 pm Central Standard Time.

BY MAIL: Your check or money order drawn on a United States bank (made payable to Hertz Processing Services) can be mailed in the enclosed envelope with the attached payment coupon. If outside the US, a money order may be sent. Please ensure you mail payment 7 days before the due date to allow for processing.
Si necesita ayuda en Español, favor de llamar al 877-977-5771

✂

• Easy payments online at
  WWW.HERTZRENTALFINE.COM

✓ If paying by mail, make check or money orders
  payable to: Hertz Processing Services

✓ DO NOT MAIL CASH

✓ Write the notice number on the front of your payment

✓ Insert this tear-off coupon in the enclosed envelope with
  the address (at the right) showing through the window

✓ Reminder: If you take no action, your credit card will
  be charged on or about the due date.

Please pay with your Discover, Visa, MasterCard, or American Express at WWW.HERTZRENTALFINE.COM
or mail your check or money order with this coupon to the address below

DISC  VISA

VISA

<table>
<tr><td>NAME: GERALD MCDONALD</td><td>DUE DATE: 1/19/2017</td></tr>
<tr><td>NOTICE NUMBER: 7011765206296</td><td>NOTICE DATE: 1/4/2017</td></tr>
<tr><td colspan="2">RENTAL AGREEMENT NUMBER: 575236454</td></tr>
</table>

HERTZ PROCESSING SERVICES
P.O. BOX 956649
ST. LOUIS, MO 63195-6649

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**AMOUNT DUE : $30.00**      USD

1 7011765206296 000000000000 030009



Bridges and Tunnels
THE PORT AUTHORITY
OF NY & NJ

NEW YORK STATE | Thruway Authority

TOLLS BY MAIL

Page 2 of 2

Account No: 488385940

| | | Toll Activity Detail | | | | | | |
|---|---|---|---|---|---|---|---|---|
| License Plate | Agency | Facility (Plaza) | Lane | Class | Date | Time | Toll Amount |
| NJ 862437N | NYSTA | TAPPAN ZEE (AET) | 16S | 2L | 12/01/16 | 22:10:41 | $5.00 |
| | | | | | | Total Tolls | $5.00 |

- To pay this Toll Bill using your bank account or credit card, visit **www.tollsbymailny.com**, click on PAY TOLL BILL and follow the instructions.
- To pay this Toll Bill using cash, visit **www.tollsbymailny.com**, click on the Info menu, then Pay By Cash.
- To save time and money, open an E-ZPass account today at **www.e-zpassny.com**.
- E-ZPass Customers you received this Toll Bill because your license plate number(s) was not listed on your E-ZPass account.
  To avoid future Toll Bills, please add your license plate number(s) to your E-ZPass account and properly mount your E-ZPass Tag.
  Please see the section below labeled "To Resolve This Toll Bill if you are an E-ZPass Customer".
- If you have questions about this Toll Bill, please call 1 844-826-8400.

Failure to respond to this Toll Bill in a timely manner may result in the imposition of an administrative violation fee of up to $50 per unpaid Toll, referral to a collection agency, additional fees and charges and/or suspension of your vehicle registration by the New York State Department of Motor Vehicles under 15 NYCRR 127.14.

Public Authorities Law § 553 and 21 New York Code Rules and Regulations §§ 1020.7, 1021.3 & 1023.7 prohibit vehicular crossings except upon payment of tolls at the place and time and in the manner established by MTA B&T (legal name, Triborough Bridge and Tunnel Authority). Public Authorities Law §354 authorizes the imposition of tolls on the Thruway and 21 New York Code Rules and Regulations Part 101.3 prohibits the evasion or non payment of tolls along the Thruway system as established by the Thruway Authority. As to all vehicular crossings operated by the Port Authority of New York and New Jersey, New York Unconsolidated Laws (§ 6802) and New Jersey Statutes Annotated (§32:1-154.7) prohibit any traffic in or upon such vehicular crossings except upon payment of tolls and other charges as prescribed by the Port Authority.

To pay online, go to www.tollsbymailny.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Please follow the instructions below.

| To Pay this Toll Bill | To Dispute this Toll Bill |
|---|---|
| Online, go to www.tollsbymailny.com, click on PAY TOLL BILL and follow the instructions. Other payment options are listed on the front of this Toll Bill. If you are an E-ZPass customer, see below | Check one of the boxes and sign the statement below, attach the required documentation and return this portion of the Toll Bill in the envelope provided. |
| **E-ZPass New York Customers** (Tag # starts with 004,905, 008, or 013): To pay this Toll Bill with your E-ZPass, go online, click on E ZPass New York Customer, then RESOLVE TOLL BILL and follow the instructions. To pay by mail, complete section C, sign below and return this portion in the envelope provided. | ☐ D1 – Vehicle Sold – attach proof of sale |
| ☐ C - I authorize E-ZPass to add each license plate number listed within this Toll Bill to my E-ZPass Account and deduct the toll(s) due and dismiss any fee(s). | ☐ D2 – Vehicle Stolen – attach police report |
| Account #: _____   Tag #: _____ The 11-digit Tag number is directly above the barcode on your E-ZPass Tag. | ☐ D3 – Surrendered License Plate – attach plate surrender receipt |
| **E-ZPass Customers Not Serviced by E-ZPass New York:** You cannot pay this Toll Bill with your E-ZPass. Pay online, click on PAY TOLL BILL and follow the instructions. Other payment options are listed on the front of this Toll Bill. | ☐ D4 –Other – attach additional information |

I certify that the statement(s) I have made regarding the toll transactions listed on this Toll Bill are complete, true and accurate.

Name: _____     Signature: _____     Date: _____

Toll Bill No.: 1704695099

Bridges and Tunnels
THE PORT AUTHORITY OF NY & NJ

NEW YORK STATE Thruway Authority

TOLLS BY MAIL

# TOLL BILL

Account No: 488385940

| Bill Date: 01/09/2017 | | Summary of Activity | | Toll Bill No: 17046955099 | |
|---|---|---|---|---|---|
| New Tolls This Period | Overdue Balance | Late/Other Fee(s) | Credits | Total Amount Due | Due Date |
| $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | 02/08/17 |

1215.01.01
GERALD MCDONALD
4 SHADY LN
STAMFORD, CT 06903-1714

Thank you for using our toll facilities. A vehicle(s) registered to, leased, or rented by you has been used at the toll facilities indicated on the back, and payment is required. Please pay the total amount due indicated on this bill on or before the due date. You may view additional images for the transactions listed at www.tollsbymailny.com. In order to avoid additional fees, your prompt payment is appreciated.

## Payment Options



### Online



www.tollsbymailny.com

### Phone



1-844-826-8400

### Mail



See Below

### Cash Payments



See Reverse

Para español, visite www.tollsbymailny.com/es

You can save $0.25 on this Toll Bill with E-ZPass. Visit tollsbymailny.com to sign up!

---

TOLLS BY MAIL

Mail payment to:
Tolls by Mail Payment Processing Center
PO Box 15183
Albany, NY 12212-5183

Account No. 488385940

Toll Bill No: 17046955099

| Bill Date: 01/09/2017 | | Summary of Activity | | | |
|---|---|---|---|---|---|
| New Tolls This Period | Overdue Balance | Late/Other Fee(s) | Credits | Total Amount Due | Due Date |
| $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | 02/08/17 |

Save time, pay online www.tollsbymailny.com

Payment Amount: $ _____

☐ Credit Card payment (Visa, AMEX, Discover, MasterCard)    ☐ Check or money order enclosed (payable to "Tolls by Mail")

| | | |
|---|---|---|
| Credit Card Number | | Expiration Date (MM/YY) |

I authorize Tolls by Mail to immediately make a one-time charge to the credit card for the Payment Amount entered above.

Authorized Signature: _____    Date: _____

☐ Opt in to receive future Toll Bills and notices via e-mail.    E-mail address: _____

Reorder Code 12555
40165828578919116

2206001704695509900000048838594001152017000000000000500b

TBP

# EXHIBIT  C

Judicial Fax Server  1/18/2012 2:44:26 PM  PAGE  1/002  Fax Server
7-312-7807, e:order.registry@jud.ct.gov *FOR ENFORCEMENT PURPOSES ONLY*

**ORDER OF PROTECTION**
JD-CL-099  Rev. 10/10
C.G.S. §§ 29-28, 29-32, 29-33, 29-36i, 29-36k, 46b-38c(d)(e),
46b-38nn, 63a-29(f), 83a-38, 63a-42, 53a-217, 53a-217c,
53a-223, 54-1k, 18 U.S.C. §§ 922(g)(9), 2265; PA 10-144

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

| | |
|---|---|
| ☐ Protective Order  ☐ Family Violence  ☒ Criminal Case | Superior Court  G.A. 01 Stamford |
| ☒ Standing Criminal Protective Order  ☐ Other | Case Number  S01S-CR11-0174085-S |
| ☐ Restraining Order After Hearing  ☐ Ex Parte Restraining Order | |

☐ This order is sealed from the public   ☐ All information about the protected person is confidential
☐ The protected person's address information is not disclosable

**Protected Person**

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| Mcdonald | Jeannie | | ▮▮ 1967 | F | White |

| Home address | City | State | Zip |
|---|---|---|---|
| 4 Shady Lane | Stamford | CT | 06903 |

| Mailing address ☒ Same as above | City | State | Zip |
|---|---|---|---|
| 4 Shady Lane | Stamford | CT | 06903 |

| Work address | City | State | Zip |
|---|---|---|---|
| | | | |

**Respondent** (Defendant) | **Respondent Identifiers**

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| Mcdonald | Gerald | Clinton | 7 / 23 / 1962 | M | White |

| Address | Height | Weight | Eyes | Hair | SSN |
|---|---|---|---|---|---|
| 4 Shady Lane | 5'10" | 180 | BRO | BLK | 2033299989 |

| City | State | Zip | Distinguishing features/other identifiers |
|---|---|---|---|
| Stamford | CT | 06903 | |

Caution/Weapons (If information is available)
☒ Allegedly possesses one or more firearms.
☒ Allegedly holds a permit to carry a pistol or revolver.
☐ Other:

Relationship to protected person (Present or former)
☒ Spouse or party to a civil union
☐ Protected person's parent
☐ Intimate cohabitant
☐ Parent of common child
☐ Other:

**Terms and Conditions of Protection**

You, the Respondent, must follow all the orders and conditions checked or indicated by "X" below:

☒ Surrender or transfer all firearms.
☒ Do not assault, threaten, abuse, harass, follow, interfere with, or stalk the protected person. (CT01)
☒ Stay away from the home of the protected person and wherever the protected person shall reside. (CT03)
☒ Do not contact the protected person in any manner, including by written, electronic or telephone contact, and do not contact the protected person's home, workplace or others with whom the contact would be likely to cause annoyance or alarm to the protected person. (CT05)
☐ Other: _____

| Additional terms and conditions are on the following pages: | ☒ General Protection Order Notifications, JD-CL-098 |
|---|---|
| | ☒ Additional Orders of Protection, JD-CL-100 |
| | ☐ General Restraining Order Notifications (Family), JD-CL-104 |

| This order remains in effect until: | ☐ Further order of the court. | Expiration date (if applicable) 1 / 17 / 2062 |
|---|---|---|

☒ The court had jurisdiction over the parties and the subject matter, and the respondent was provided with reasonable notice and opportunity to be heard. This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. Section 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. Section 2262).

☒ State law provides penalties for possession of a firearm or electronic defense weapon (Conn. Gen. Stat. §§ 53a-217(a)(3) and 53a-217c(5)). Federal law also provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition while subject to a qualifying protection order and under the circumstances specified in 18 U.S.C. § 922(g)(8).

| By the Court | Name of Judge  ADAMS | Signed (Judge, Assistant Clerk) | Date signed  1 / 17 / 2012 |
|---|---|---|---|

Judicial Fax Server  1/18/2012 2:44:26 PM  PAGE  2/002  Fax Server

-312-7807, e:order.registry@jud.ct.gov *FOR ENFORCEMENT PURPOSES ONLY*

**ADDITIONAL ORDERS OF PROTECTION**
JD-CL-100 Rev. 7/10
C.G.S. §§ 29-28, 29-32, 29-33, 29-36i, 29-36k, 46b-38c(d)(e),
46b-38nn, 53a-28(f), 53a-36, 53a-42, 53a-217, 53a-217c,
53a-223, 54-1k, 18 U.S.C. §§ 922(g)(9), 2265; PA 10-144

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

Superior Court  G.A. 01 Stamford

| | | |
|---|---|---|
| ☐ Protective Order | ☐ Family Violence | ☒ Criminal Case |
| ☒ Standing Criminal Protective Order | | ☐ Other |
| ☐ Restraining Order After Hearing | | ☐ Ex Parte Restraining Order |

Case Number  S01S-CR11-0174085-S

☐ This order is sealed from the public     ☐ All information about the protected person is confidential
☐ The protected person's address information is not disclosable

**Protected Person**

| Last name | First name | Middle |
|---|---|---|
| Mcdonald | Jeannie | |

**Respondent** *(Defendant)*                  **Respondent Identifiers**

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| Mcdonald | Gerald | Clinton | 7 / 23 / 1962 | M | White |

**You, the Respondent, must follow all the orders and conditions checked or indicated by "X" below:**

☐ You may return to the protected person's home one time with police to retrieve belongings.  (CT14)
☒ Stay 100 yards away from the protected person.  (CT16)
☐ This order also protects the protected person's minor children.  (CT19)
☐ This order protects animals owned or kept by the protected person.  (CT31)
☒ Other: Convicted felon.  

*[MODIFIED stamp across section]*

**Temporary Child Custody and Visitation** *(Issued under Section 46b-15)*

☐ The court has jurisdiction to issue a temporary custody order regarding the children listed below under the  (CT20)
Connecticut Uniform Child Custody Jurisdiction and Enforcement Act, Connecticut General Statutes § 46b-115
et seq., and the court awards temporary custody of the following child(ren) to the protected person:

| Name | Sex | Date of Birth | Name | Sex | Date of Birth |
|---|---|---|---|---|---|
| 1 | | | 4 | | |
| 2 | | | 5 | | |
| 3 | | | 6 | | |

☐ Respondent has visitation as follow: _____  (CT21)

☐ Respondent does not have visitation rights.  (CT22)

**Additional terms and conditions are on the following pages:**
☒ Order of Protection, JD-CL-099
☒ General Protection Order Notifications, JD-CL-098
☐ General Restraining Order Notifications (Family), JD-CL-104

Extended to 7-20-17 sa

**ORDER OF PROTECTION**
JD-CL-99   Rev. 8-16
C.G.S. §§ 29-28, 29-32, 29-33, 29-36i, 29-36k, 46b-15, 46b-16a,
46b-38c(d)(e), 46b-38nn, 53a-28(f), 53a-36, 53a-42, 53a-217,
53a-217c, 53a-223, 54-1k, 54-86e, 18 U.S.C. §§ 922(g)(9), 2265
P.A. 16-34

**ADA NOTICE**
The Judicial Branch of the State of Connecticut
complies with the Americans with Disabilities Act
(ADA). If you need a reasonable accommodation in
accordance with the ADA, contact a court clerk or an
ADA contact person listed at www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

| Order type | Case type | Superior court location |
|---|---|---|
| Protective Order - Family Violence | Criminal | S01S STAMFORD |

| Related court information (if applicable) | Case number |
|---|---|
| | S01S CR14 0191739 S |

## Protected Person

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| CALCANO-PEARE | Jeannie | | ████ 1967 | F | White |

| Home address | City | State | Zip |
|---|---|---|---|
| 4 Shady Lane | STAMFORD | CT | 06903 |

| Mailing address ☐ Same as above | City | State | Zip |
|---|---|---|---|
| 4 Shady Lane | STAMFORD | CT | 06903 |

| Work address | City | State | Zip |
|---|---|---|---|

## Respondent (Defendant)

### Respondent Identifiers

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| Mcdonald | Gerald | Clinton | ████ 1962 | M | American Indian/Alaskan |

| Address | Height | Weight | Eyes | Hair | Phone |
|---|---|---|---|---|---|
| 330 SARATOGA RD | 5 11 | 195 | BRO | BLK | |

| City | State | Zip | Distinguishing features/other identifiers |
|---|---|---|---|
| HONOLULU | HI | 96830 | |

Cautions/Weapons (if information is available):
Allegedly possesses one or more firearms
Other: Firearms allegation date: 5/26/2011

**Relationship to protected person** (Present or former)
☒ Spouse or party to a civil union
☐ Protected person's parent
☐ Intimate cohabitant
☐ Parent of common child
☐ Other:

## Terms and Conditions of Protection

**You, the Respondent, must follow all the orders and conditions checked or indicated by "X" below:**

☒ Surrender or transfer all firearms and ammunition.
☒ Do not assault, threaten, abuse, harass, follow, interfere with, or stalk the protected person. (CT01)
☒ Stay away from the home of the protected person and wherever the protected person shall reside. (CT03)
☒ Do not contact the protected person in any manner, including by written, electronic or telephone contact, and do not contact the protected person's home, workplace or others with whom the contact would be likely to cause annoyance or alarm to the protected person. (CT05)
☐ Other:

Additional terms and conditions are on the following pages: ☒ General Protection Order Notifications, JD-CL-098
☒ Additional Orders of Protection, JD-CL-100

| This order remains in effect until: | ☒ Further order of the court. | Expiration date (if applicable) / / |
|---|---|---|

☒ The court had jurisdiction over the parties and the subject matter, and the respondent was provided with reasonable notice and opportunity to be heard. This order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal imprisonment (18 U.S.C. § 2262).

☒ State law provides penalties for unlawful possession of firearms, ammunition, or electronic defense weapon (Connecticut General Statutes §§ 53a-217(a)(4) and 53a-217c(a)(5)). Federal law also provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition while subject to a qualifying protection order and under the circumstances specified in 18 U.S.C. § 922(g)(8).

| By the Court | Name of Judge | Signed (Judge/Assistant Clerk) | Date signed 7/20/17 |
|---|---|---|---|

CSSD DateTimeStamp: 7/20/2017 9:59:07 AM

*enter on 7-20-17 (signature)*

## ADDITIONAL ORDERS OF PROTECTION
JD-CL-100   Rev. 10-14
C.G.S. §§ 29-28, 29-32, 29-33, 29-38i, 29-36k, 46b-38c(d)(e),
46b-38nn, 53a-28(f), 53a-36, 53a-42, 53a-217, 53a-217c,
53a-223, 54-1k, 18 U.S.C. §§ 922(g)(9), 2265
P.A. 14-217 §§ 186-190

### ADA NOTICE
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

### STATE OF CONNECTICUT
## SUPERIOR COURT
*www.jud.ct.gov*

| Order type | Case type | Superior court location |
|---|---|---|
| Protective Order - Family Violence | Criminal | S01S STAMFORD |

| Related court information *(if applicable)* | Case number |
|---|---|
| | |

## Protected Person

| Last name | First name | Middle |
|---|---|---|
| CALCANO-PEARE | Jeannie | |

## Respondent *(Defendant)*                    Respondent Identifiers

| Last name | First name | Middle | Date of birth | Sex | Race |
|---|---|---|---|---|---|
| Mcdonald | Gerald | Clinton | ▮1962 | M | American Indian/Alaskan N |

### You, the Respondent, must follow all the orders and conditions checked or indicated by "X" below:

- [ ] You may return to the protected person's home one time with police to retrieve belongings. **(CT14)**
- [ ] If the protected person has moved out of the home of the respondent, the respondent shall permit the protected person to return to the respondent's home on one occasion, with police, to retrieve the protected person's belongings. **(CT15)**
- [X] Stay 100 yards away from the protected person. **(CT16)**
- [ ] This order also protects the protected person's minor children. **(CT19)**
- [ ] This order protects animals owned or kept by the protected person. **(CT31)**
- [X] Other: EXTENDED TO SETH PEARE (DOB 5/3/1968) AND GLADYS CALCANO (DOB 12/27/1936)

### Additional terms and conditions are on the following pages:
- [X] Order of Protection, JD-CL-099
- [X] General Protection Order Notifications, JD-CL-098

# EXHIBIT  D

**INFORMATION**
JD-CR-71  Rev. 10-10

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

| | Disposition date |
|---|---|

| Police Case number | Agency name | Agency number |
|---|---|---|
| 1612100029 | Stamford | |

## Title, Allegation and Counts

| State of Connecticut vs. *(Name of accused)* | Residence *(Town)* of accused | Docket number |
|---|---|---|
| GERALD MCDONALD | Stamford | CR7-19/739 |

| Address | | |
|---|---|---|
| 225 FROGTOWN RD AKWESANE NY | Date of birth ▉1962 | The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that: |

| To be held at *(Town)* | Geographical area number 01 | Court date |
|---|---|---|
| STAMFORD | | |

**Count One — Did commit the offense of:**
CRIMINAL VIOLATION OF A STANDING ORDER 53A-40e

| At *(Town)* | On or about *(Date)* | In violation of General Statute number | Continued to | Purpose | Reason |
|---|---|---|---|---|---|
| Stamford | 12/20/2016 | 53a-40e | | | |

**Count Two — Did commit the offense of:**
~~Disorderly Conduct~~

| At *(Town)* | On or about *(Date)* | In violation of General Statute number | | | |
|---|---|---|---|---|---|
| ~~Stamford~~ | ~~12/20/2016~~ | ~~53a-182~~ | | | |

**Count Three — Did commit the offense of:**

| At *(Town)* | On or about *(Date)* | In violation of General Statute number | | | |
|---|---|---|---|---|---|
| | | | | | |

☐ See other sheet for additional counts     Date 1/31/17     Signed *(Prosecuting Authority)*

## Court Action

| Defendant advised of rights before plea | | Bond 25,000 | Surety | ☐ 10% ☐ Cash | Election ☐ CT ☑ JY *(Date)* |
|---|---|---|---|---|---|
| (Judge) | (Date) | | | | |
| ☐ Attorney  ☐ Public defender | Guardian | Bond change | | Seized property inventory number #100086 | |

| Count | Plea date | Plea | Plea withdrawn Date | New plea | Verdict finding | Fine | Remit | Additional disposition |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/28/17 | NG | | | | $ | $ | |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

| Date | Other Court Action | Judge |
|---|---|---|
| 7-20-17 | PD Bond Only  POE-(1) | Gregory |
| 8/15/17 | PD Steiners . | CLROWINS |
| 11/28/17 | MAILING ADDRESS- P.O. Box 91  NEDROW, NY 13120 | BLAWE |

| Receipt number | Cost ☐ IMP ☐ NCI | Bond Information ☐ Bond forfeited  ☐ Forfeiture vacated  ☐ Forfeiture vacated and bond reinstated |
|---|---|---|
| Application fee - receipt number if paid | Circle one W  I  Q | Program fee - receipt number if paid | Circle one W  I  Q | Probation fee - receipt number if paid | Circle one W  I  Q |
| Prosecutor on original disposition | Reporter/monitor on original disposition | Signed *(Clerk)* | Signed *(Judge)* |

*This is page 1 of a 2 page Information*

**INFORMATION**
JD-CR-71  Rev. 10-10

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

| Disposition date |
| --- |

| Police Case number | Agency name | Agency number |
| --- | --- | --- |
| 1612100029 | Stamford | |

## Arrest Warrant

| Geographical area number 01 | State of Connecticut vs.  GERALD MCDONALD DOB 4/23/62 |
| --- | --- |

To: Any Proper Officer of the State of Connecticut

By Authority of the State of Connecticut, you are hereby commanded to arrest the body of the within-named accused. ("X" all that apply)

- [ ] A. Accused is ordered to be brought before a clerk or assistant clerk of the Superior Court.
- [ ] B. Accused is not entitled to bail.

  If A, B or both are checked above, you shall without undue delay bring the arrested person before the clerk or assistant clerk of the Superior Court for the geographical area where the offense is alleged to have been committed, or if the clerk's office is not open, to a community correctional center within said geographical area, or the nearest community correctional center if no such center exists in the geographical area, or to the Correctional Institution, as the case may be.

- [X] C. Bail set at  1 5,000.00 C/S
- [ ] D. Non-financial conditions of release:

| Extradition boundaries established by prosecutor |
| --- |

- [ ] E. Conditions of release not determined by court.

| By the Court | Signed (Judge of the Superior Court) | Date 2/1/17 | Name of Judge (Print or type)  Crogins |
| --- | --- | --- | --- |

## Return On Arrest Warrant

| Geographical area number 01 | Town of Stamford | Date 7/19/17 | State of Connecticut |
| --- | --- | --- | --- |

Then and there, by virtue of the within and foregoing complaint and warrant, I arrested the body of the within-named accused and read the same in the hearing of said accused; and have said accused here in court for examination.

Attest (Officer's signature and Department)

| Date | Other Court action | Judge |
| --- | --- | --- |
| 11/28/17 | D CANVASED RE: SELF-REP TO APPT STAND-BY COUNSEL  MOTION TO DISMISS DENIED | BLAWIE |