IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GERALD MCDONALD, | : | 5:20-cv-01341-GLS-TWD |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| ADRIANA MOLINA, *ET AL.*, | : | |
| *Defendants*. | : | March 11, 2021 |

## Joint Motion to Drop or Voluntarily Dismiss State Defendants from this Action

Plaintiff Gerald McDonald has expressed to undersigned counsel his desire to have his Complaint dismissed without prejudice at this time to the extent Plaintiff's Complaint alleges claims against the State of Connecticut, the Court Support Services Division and the Jane Doe Defendants (collectively "State Defendants"). *See E-Mails* (attached). State Defendants agree with Plaintiff that dismissal is appropriate. Therefore, the parties respectfully jointly request that this Court enter an Order either dropping State Defendants from this action or voluntarily dismissing all of Plaintiff's claims against State Defendants in their entirety, as the Court deems fit. *See* Fed R. Civ. Proc. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."); *Compare Jem Accessories, Inc. v. Jvckenwood USA Corp.*, 2021 U.S. Dist. LEXIS 33687, at *14 n.3 (S.D.N.Y. Feb. 22, 2021) ("'The proper method of eliminating one defendant as a party would be to move that he be dropped, not by moving for a voluntary dismissal.'" (quoting Wright & Miller, § 1684 & n.5, which was citing *Harvey Aluminum, Inc. v. American Cyanamid Co.*, 203 F.2d 105 (2d Cir. 1953))), *with Sanchez v. Kline,* 2020 U.S. Dist. LEXIS 18743, at *2 n.1 (N.D.N.Y. Feb. 5, 2020) (Sharpe, J.) (indicating that a voluntary dismissal under Fed.

1

R. Civ. P. 41(a)(1)(A)(i) may be the proper mechanism to use to voluntarily dismiss claims against some but not all Defendants).

                                        Respectfully submitted,

                                        STATE DEFENDANTS

                                        WILLIAM TONG
                                        ATTORNEY GENERAL

                                        BY: */s/ David Wrinn*
                                        David Wrinn (No. 105060)
                                        Robert J. Deichert (*Pro Hac Vice* Application Forthcoming)
                                        Assistant Attorneys General
                                        Attorney General's Office
                                        165 Capitol Avenue
                                        Hartford, CT 06106
                                        860-808-5020 (phone)
                                        860-808-5347 (fax)
                                        David.Wrinn@ct.gov
                                        Robert.Deichert@ct.gov
                                        *Attorneys for State Defendants*

## Certificate of Service

I hereby certify that on March 11, 2021, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David Wrinn*
David Wrinn
Assistant Attorney General
